CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque, Esq., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case No.: 2:21-cv-00205-AB-JC |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)** |
| v. | |
| **Dream Investment Group LLC**, a California Limited Liability Company; **Jose Manuel Zavala,** | |
| Defendants | |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court has stricken the Answer of Defendant Dream Investment Group LLC (Dkt. No. 45, 66); Defendant Jose Manuel Zavalza has not filed an Answer; and neither Defendant has filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 31, 2023          CENTER FOR DISABILITY ACCESS

By: */s/Isabel Rose Masanque*
Isabel Rose Masanque, Esq.
Attorney for Plaintiff

1

Plaintiff's Notice of Voluntary Dismissal